■ In the Matter of the Claim of the Estate of BETTY L. STABEL, Appellant, v WESTINGHOUSE ELECTRIC CORPORATION, Respondent. WORKERS' COMPENSATION BOARD, Respondent.—Appeal from a decision of the Workers' Compensation Board, filed February 15, 1980, which disallowed a claim for compensation pursuant to the Workers' Compensation Law. The board found that decedent died as a result of an infection which she sustained when she was injected with "improper flu ingredients" during a swine flu program at the employer's plant. Since the program was voluntary and made available to the public at no charge, claimant's death did not arise out of and in the course of her employment. Decision affirmed, without costs. Mahoney, P J., Greenblott, Main, Mikoll and Herlihy, JJ., concur.

■ In the Matter of the Claim of YVONNE M. FOY, Appellant. PHILIP ROSS, as Industrial Commissioner, Respondent.—Appeal from a decision of the Unemployment Insurance Appeal Board, filed August 15, 1979, which affirmed the decision of a referee sustaining an initial determination of the Industrial Commissioner disqualifying claimant from receiving benefits, effective January 2, 1979, because she refused employment without good cause. Claimant, a music teacher, was denied unemployment insurance benefits based upon her refusal to accept an offer of employment before she had applied for the benefits. In a case remarkably similar to the operative facts in the instant case, this court held that a refusal of an offer of employment by a person not then claiming benefits, cannot be the ground for disqualification under subdivision 2 of section 593 of the Labor Law *(Matter of Foscarinis [Corsi],* 284 App Div 476). Thus, since the claimant in the instant case had not applied for benefits when she declined an employment offer, the refusal was not a proper basis for a denial of benefits. Decision reversed, with costs, and matter remitted to the Unemployment Insurance Appeal Board for further proceedings not inconsistent herewith. Mahoney, P. J., Greenblott, Sweeney, Main and Herlihy, JJ., concur.